# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANGELA FERNANDEZ,**

       **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-1074-Orl-31KRS**

**BELLY, INC. and JAMES HENDERSON,**

       **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT (Doc. No. 13)** |
| **FILED:** | **February 2, 2006** |

In an affidavit in support of the motion, Plaintiff Angela Fernandez avers that she was employed by Defendant Belly, Inc. from March 18, 2005, to May 31, 2005. Doc. No. 13-2 ¶ 2. Later in the affidavit, Fernandez avers that she worked 10.5 hours of overtime during the week ending March 18, 2005. *Id.* ¶ 5. It is, therefore, unclear whether Fernandez began work on March 18, 2005, or whether March 18, 2005, was simply the end of the first week that she worked.[1]

---

[1] If Fernandez began work on March 18, 2005, she would have completed six weeks of work as of May 1, 2005. In her motion, Fernandez calculates this period as seven weeks of work. Furthermore, if Fernandez began work on March 18, 2005, and the work week ended on March 18, 2005, she could not have worked 10.5 hours of overtime that week.

Accordingly, it is **ORDERED** that Fernandez shall file an amended affidavit on or before May 1, 2006, which amended affidavit shall clearly state the day on which Fernandez began work at Belly, Inc.

**DONE** and **ORDERED** in Orlando, Florida on April 24, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties