# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANGELA FERNANDEZ,**

           **Plaintiff,**

**-vs-**                                              Case No.  6:05-cv-1074-Orl-31KRS

**BELLY, INC. and JAMES HENDERSON,**

           **Defendants.**

_____

## ORDER

This cause comes before the Court on Plaintiff's Amended Motion for Entry of Default Judgment (Doc. No. 15) filed May 1, 2006.

On May 4, 2006, the United States Magistrate Judge issued a report (Doc. No. 16) recommending that the motion be granted in part. No objections have been filed.  Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. That the Plaintiff's Amended Motion for Entry of Default Judgment is **GRANTED** in part.

3. The Clerk is directed to enter Judgment in favor of the Plaintiff Angela Fernandez against Belly, Inc., and James Henderson for violation of the minimum wage and overtime provision together with liquidated damages, jointly and severally, in the total amount of $7,872.46 ($5,502.96 in damages, $1,944.50 in attorney fees and $425.00 in costs) and close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 23rd day of May, 2006.

                                                                       GREGORY A. PRESNELL
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

Case 6:05-cv-01074-GAP-KRS   Document 17   Filed 05/23/06   Page 2 of 2 PageID 81

Copies furnished to:

Counsel of Record
Unrepresented Party