**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MAY 23 PM 1: 59

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

ANGELA FERNANDEZ,

    Plaintiff,

-vs-

    Case No. 6:05-cv-1074-Orl-31KRS

BELLY, INC. and JAMES HENDERSON,

    Defendants.

## JUDGMENT IN A CIVIL CASE

This action came before the Court on the Plaintiff's Amended Motion for Default Judgment (Doc. No. 15) and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Judgment be entered on behalf of the Plaintiff Angela Fernandez against the defendants Belly, Inc., and James Henderson in the amount of $7872.46.

Date: May 23, 2006

                SHERYL L. LOESCH, CLERK

                BY: _____
                        A. Justin, Courtroom Deputy Clerk